## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

JOSEPH R. TOMELLERI,

        Plaintiff,

v.

BLUE RIBBON FLIES, INC.,        Civil Action No.:  17-cv-02348-NYW

and

OURAY SPORTSWEAR, LLC

        Defendants.

### JOINT MOTION TO CONTINUE SCHEDULING/PLANNING CONFERENCE AND DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM

COME NOW plaintiff Joseph R. Tomelleri and defendants Blue Ribbon Flies, Inc. and Ouray Sportswear, LLC, jointly, by and through the undersigned counsel, and hereby request that this Court continue the deadlines set by the Court in its second Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Nonconsent Form [12].  In support of this Motion, the parties states as follows:

    1.    Plaintiff Tomelleri filed his Complaint alleging copyright infringement and violation of the Digital Millenium Copyright Act on September 28, 2017 [1].

    2.    Defendant Ouray Sportswear, LLC waived service of summons on October 27, 2017 [10].  Defendant Ouray Sportswear, LLC's Answer to the Complaint is due on December 26, 2017.

3. Defendant Blue Ribbon Flies, Inc. was sent a copy of the Complaint, along with a waiver of service of summons form, by Federal Express on November 2, 2017, but has not responded to the request for waiver as of the date of this Motion.

4. On October 20, 2017, Magistrate Wang entered an Order setting the Fed.R.Civ.P. 16(b) scheduling and planning conference for November 28, 2017 at 9:30 a.m. [9]. The parties were directed to: (a) complete and file the Consent/Nonconsent Form on or before November 14, 2017; (b) hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed.R. Civ. P. 26(f) and 26.1(a) and D.C.COLO.LCiv.R 16.1 on or before 21 days prior to the scheduling conference; and (c) comply with the mandatory disclosure requirements of Fed.R.Civ.P. 26(a)(1) 14 days after the pre-scheduling conference meeting.

5. On November 7, 2017, Plaintiff Tomelleri moved for a continuance of the scheduling conference and an extension of the deadlines because defendant Ouray Sportswear, LLC's Answer was not due until December 26, 2017, and defendant Blue Ribbon Flies, Inc. had not indicated whether it would waive service [11].

6. On November 8, 2017, the Court vacated the previous deadlines and set the Scheduling Conference for January 17, 2018 [12]. The parties were directed to (a) complete and file the Consent/Nonconsent Form on or before January 3, 2018; (b) hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed.R. Civ. P. 26(f) and 26.1(a) and

D.C.COLO.LCiv.R 16.1 on or before 21 days prior to the scheduling conference; and (c) comply with the mandatory disclosure requirements of Fed.R.Civ.P. 26(a)(1) 14 days after the pre-scheduling conference meeting. [12].

7. The parties have since settled the case, and the parties anticipate that the necessary paperwork and payments will be completed in the next several weeks. Once the settlement agreement has been signed and the payments have been completed, a dismissal with prejudice will be filed.

WHEREFORE, plaintiff Joseph R. Tomelleri and defendants Blue Ribbon Flies, Inc. and Ouray Sportswear, LLC respectfully request this Court grant their Joint Motion to Continue Scheduling/Planning Conference and Deadline for Filing of Consent/Nonconsent Form, and for such other relief as deemed proper by this Court.

Respectfully submitted,

**EVANS & DIXON, LLC**

*/s/ Kelly A. Ricke*
Kelly A. Ricke                    CO 40137
9393 W. 110th Street, Ste. 120
Overland Park, KS 66210
T: 913.701.6810 | F: 913.341.2293
kricke@evans-dixon.com
**ATTORNEYS FOR PLAINTIFF
JOSEPH R. TOMELLERI**

And

3

**HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.**

| | |
|---|---|
| */s/ Jane Bendle Lucero* | |
| Jane Bendle Lucero | CO 31164 |

10333 E. Dry Creek Road, Ste. 300
Englewood, CO 80112
T: 720.875.9140 | F: 720.875.9141
jlucero@hkjp.com
**ATTORNEYS FOR DEFENDANT**
**OURAY SPORTSWEAR, LLC**

And

**WHITE & STEELE, P.C.**

| | |
|---|---|
| */s/ James M. Dieterich* | |
| James M. Dieterich | CO 7422 |

600 17th Street, Ste. 600N
Denver, CO 80202
T: 303-296-2828 | F: 303-296-3131
jdieterich@wsteele.com
**ATTORNEYS FOR DEFENDANT**
**BLUE RIBBON FLIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2017, I electronically filed and served the foregoing with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent by email to counsel for all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's CM/ECF system. Notice of this filing will be sent by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

| | |
|---|---|
| */s/ Kelly A. Ricke* | |
| Kelly A. Ricke | CO 40137 |

9393 W. 110th Street, Ste. 120
Overland Park, KS 66210
T: 913.701.6810 | F: 913.341.2293
kricke@evans-dixon.com
**ATTORNEYS FOR PLAINTIFF**
**JOSEPH R. TOMELLERI**